**SO ORDERED.**

**DONE and SIGNED July 8, 2022.**



_____
**JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 22-30301 |
| | § | |
| Thornhill Brothers Fitness, LLC | § | Chapter 11 |
| Debtor | § | Subchapter V |
| | § | |
| | § | |

### Order

Before the court are the following motions:

a. Application to Approve Compromise under F.R.B.P. 9019 and to Annul Stay, filed as docket no. 51; and

b. Motion to Void State Court Actions, filed as docket no. 58.

For the reasons set forth in the Memorandum Ruling,

**IT IS ORDERED** that:

1. The Application to Approve Compromise under F.R.B.P. 9019 and to Annul Stay, filed as docket no. 51, is hereby **GRANTED**;

2. The Motion to Void State Court Actions, filed as docket no. 58, is

hereby **DENIED**;

    3.    The proposed compromise is hereby **APPROVED**;

    4.    The automatic stay is hereby **ANNULLED** with respect to the actions taken by Debtor while the automatic stay was in place in that action styled *"William Flynn and Billie Flynn v. Anytime Fitness, LLC, Thornhill Brothers, LLC d/b/a Anytime Fitness, and Markel Insurance Company, et al.,"* case number 45828 in Division "A" of the 18th Judicial District Court, Parish of West Baton Rouge (the "**state court litigation**");

    5.    The actions taken by the Flynns and Debtor in the state court litigation are hereby **VALIDATED**;

    6.    The request of Anytime Fitness to invalidate the parties' actions taken in violation of the automatic stay is hereby **DENIED;**

    7.    In all other respects, the automatic stay remains.

###